UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED 2008 AUG 13 AM 10: 11
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 2 5 0 7

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No. _____ |
| Plaintiff, | |
| v. | COMPLAINT FOR VIOLATION OF |
| Peter VALEVICH | Title 8, U.S.C., Section 1324(a)(2)(B)(iii)- Bringing in Illegal Alien(s) Without Presentation |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about **August 12, 2008**, within the Southern District of California, defendant **Peter VALEVICH**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, **Luis Manuel PRECIADO-Solorzano**, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

SIGNATURE OF COMPLAINANT
Alfredo Loperena, Enforcement Officer
U.S. Customs and Border Protection

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **13th** DAY OF **AUGUST, 2008.**

UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

The complaints states that **Luis Manuel PRECIADO-Solorzano** is a citizen of a county other than the United States; that said alien has admitted he is deportable; that his testimony is material; that is impracticable to secure his attendance at the trial thereof by subpoena; and is a material witness in relation to this criminal charge and should be held or admitted to bail as prescribed in Title 18, United States Code, Section 3144.

On August 12, 2008, at approximately 0100 hours, Peter VALEVICH (Defendant) made application for admission into the United States at the San Ysidro California Port of Entry. Defendant at the time of entry was driving a black 2001 Chevrolet Suburban. Defendant presented a counterfeit California Driver License bearing his name and presented a valid United States Passport to a primary Customs and Border Protection (CBP) officer. Defendant appeared nervous (hands trembling, avoiding eye contact, rapidly pulsing carotid artery) when responding to the CBP officers questions. Defendant stated that he was the owner of the vehicle and stated that he was traveling to San Diego, California. Defendant stated his purpose for going to Mexico was to visit his pregnant girlfriend. Upon further questioning, the CBP officer instructed Defendant to turn the vehicle off and to hand the CBP officer the keys. Defendant removed the keys from the ignition after struggling with removing them from the ignition. Upon further inspection, the CBP officer noticed two man-made compartments attached to the undercarriage. The CBP officer requested assistance, additional CBP officers responded. CBP officers escorted Defendant and vehicle to vehicle secondary for further inspection. In order to move the vehicle to secondary inspection, the assisting CBP officer had to use a screwdriver in order to turn the vehicle's ignition switch to start.

During secondary inspection, CBP officers had to remove the second row bench seat. Officers removed the bench seat and lifted up the carpet and discovered a non-factory access panel. A male and female were discovered lying down, concealed within the compartment. The two were identified as being citizens and nationals of Mexico not in possession of legal documents to enter the United States. One male was identified as, **Luis Manuel PRECIADO-Solorzano,** and was held as a Material Witness (MW).

During a videotaped interview, Defendant was advised of his Miranda rights. Defendant acknowledged his rights and elected to answer questions without an attorney present. Defendant admitted knowledge of concealed aliens hidden within the vehicle he was driving. Defendant admitted he was going to receive $600.00 U.S. dollars for smuggling two aliens into the United States. Defendant admitted that he was driving the vehicle to Chula Vista, California. Defendant further stated the California Drivers License he presented was not real and that it was made on August 11, 2008.

A separate videotaped interview was conducted with MW. MW admitted that he is a citizen and national of Mexico with no legal documents to enter the United States. MW stated that he made his smuggling arrangements with an unknown man. MW stated that he was traveling to Los Angeles, California in order to seek employment. MW stated that he was going to pay $4,500 U.S. dollars to be smuggled into the United States.